UNITED STATES DISTRICT COURT                                        JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 09-7145-JFW (JEMx)**                             Date: **February 18, 2010**

Title:   Cong Wang, et al. -v- Zhejiang Kandi Vehicles Co., LTD, et al.

---

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**   **ATTORNEYS PRESENT FOR DEFENDANTS:**
None                                                               None

**PROCEEDINGS (IN CHAMBERS):**   **DISMISSAL OF ACTION FOR LACK OF PROSECUTION**

   Plaintiff filed a Complaint with the Court on October 1, 2009. On February 11, 2010, the Court issued an Order to Show Cause Re: Dismissal for Lack of Prosecution in light of Plaintiff's apparent failure to serve several of the Defendants. The Court's February 11, 2010 Order specifically warned Plaintiff that failure to respond to the Order would result in this dismissal of this action. Plaintiff was to respond to the Court's Order to Show Cause no later than February 17, 2010. As of the date of this Order, Plaintiff has not filed any proofs of service or otherwise responded to the Court's Order to Show Cause.

   In addition, the parties' failed to file the Joint Rule 26(f) Report and the ADR Pilot Program Questionnaire as required by the Court's Order of January 15, 2010. The Court's January 15, 2010 Order specifically warned the parties that failure to file the Joint Rule 26(f) Report and the ADR Pilot Program Questionnaire could result in, among other sanctions, the dismissal of this action for failure to prosecute.

   Accordingly, this action is hereby **DISMISSED** without prejudice.

   IT IS SO ORDERED.

Initials of Deputy Clerk   sr